**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY VILLA-RAMOS, | ) |
| Petitioner, | )      3:10-cv-0536-RCJ-RAM |
| | ) |
| vs. | ) |
| | )      ORDER REGARDING FILING FEE |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Respondents. | ) |

Petitioner has submitted a Motion for Final Disposition on Immigration Hold, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The motion cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

Dated, this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE